

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

After this court granted appellant two prior extensions of time, appellant's brief was due May 9, 2018. On the due date, appellant filed a third motion for extension of time, asking for an additional twelve days in which to file the brief. The motion is unopposed. After review, we **GRANT** appellant's third motion for extension of time to file appellant's brief and **ORDER** appellant to file the brief in this court **on or before May 21, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court